## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SAMUEL A. VASQUEZ, on behalf of
Yvonne M. Vasquez-Chacon, Deceased,
for Samantha Vasquez, minor daughter of
Claimant Yvonne M. Vasquez-Chacon,

    Plaintiff,

v.                                                                                                                                         Civ. No. 20cv0776 WJ/KBM

ANDREW M. SAUL, Commissioner
of the Social Security Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PF&RD") on July 31, 2020, recommending that the Court deny Plaintiff's Motion to Proceed In Forma Pauperis Pursuant to 28 U.S.C. Sec. 1915. *Doc. 4.* In making this recommendation, the Magistrate Judge found that Plaintiff had adequate income and assets to pay the $400.00 filing fee for instituting a new case. *Id.* at 1-2*.* The PF&RD notifies the parties of their ability to file objections and that failure to do so waives appellate review. *Id.* at 2. To date, neither party has filed objections. Further, having reviewed the PF&RD and Plaintiff's Motion, the Court agrees that the motion should be denied.

    Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings of Fact and Recommended Disposition *(Doc. 4)* is **ADOPTED**; and

2. Plaintiff's Motion to Proceed In Forma Pauperis Pursuant to 28 U.S.C. Sec. 1915 (*Doc 1*) is **DENIED**.

_____
CHIEF UNITED STATES DISTRICT JUDGE